577 JACKSON vs. CIRCUIT JUDGE (Leelanau), No. 15200; 65 N. W., 406; 2 D. L. N., 761.

To vacate an order setting aside a taxation of costs in favor of plaintiffs against a garnishee defendant who had denied any indebtedness, but against whom plaintiffs had recovered a judgment.

Granted December 10, 1895, with costs against plaintiffs, relator being entitled to his costs under How. Stat., Sec. 8073.

578 WOLCOTT vs. CIRCUIT JUDGE (Lenawee), No. 15129; 65 N. W., 286; 2 D. L. N., 679.

To compel the allowance of counsel fees to a garnishee defendant, under How. Stat., Sec. 8098.

Denied, with costs, November 19, 1895. Opinion filed December 10, 1895.

Held, that in a contested case, How. Stat., Sec. 8073, controls, and the costs recoverable in such case are those taxable under the general statute as to costs.